# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NICOLE MARIE ESTABROOK,

     Plaintiff,

     v.

Commissioner of Social Security

     Defendant.

Case No. 2:20-cv-02333 CKD (SS)

ORDER LIFTING STAY AND SCHEDULING ORDER

The plaintiff seeks judicial review of an administrative decision of the Commissioner of Social Security denying the plaintiff's claim for disability benefits under the Social Security Act. This matter is before the undersigned pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3) and Local Rule 302(c)(15). Good cause appearing and pursuant to Fed. R. Civ. P. 16, the Court **ORDERS**:

1.    This case was previously stayed pursuant to General Order Number 615. (See ECF No. 3.)  However, now that the Commissioner has filed an answer and administrative transcript, the court now LIFTS the stay for this case.

2.    **Within 45 days after service of the administrative record**, the plaintiff shall file the motion for summary judgment;

3.    **Within 45 days after service of plaintiff's opening brief**, the defendant shall file the responsive brief;

////

1          4.      **Within 15 days after filing of defendant's brief**, the plaintiff shall file the optional

2   reply brief;

3          5.      In those cases where a Fed. R. Civ. P. 12 motion to dismiss is warranted, the defendant

4   shall file a motion to dismiss in lieu of filing the administrative record. The motion to dismiss shall be

5   filed within 90 days of service of the complaint. The opposing brief shall be filed within 14 days after

6   service of the motion. The reply brief shall be filed within seven days after service of the opposition

7   brief. The motion to dismiss shall NOT be noticed for hearing.

8          6.      Motions for attorney fees shall be filed within 30 days after entry of final judgment.

9          7.      All references to the record and all assertion of fact must be accompanied by citations

10  to the record. The opening and responsive brief shall contain the following:

11              (a)     A description of the plaintiff's alleged physical or emotional impairments,

12  including when the plaintiff contends the impairments became disabling, and how these impairments

13  disable the plaintiff from work;

14              (b)     A summary of all relevant medical evidence, including an explanation of the

15  significance of clinical and laboratory findings and the purpose and effect of prescribed medication

16  and therapy;

17              (c)     A summary of the relevant testimony at the administrative hearing;

18              (d)     A recitation of the defendant's findings and conclusions relevant to the

19  plaintiff's claims;

20              (e)     A short, separate statement of each of the plaintiff's legal claims stated in terms

21  of the insufficiency of the evidence to support findings of fact or reliance upon an erroneous legal

22  standard; and

23              (f)     Argument separately addressing each claimed error. Argument in support of

24  each claim of error must be supported by citation to legal authority and explanation of the application

25  of such authority to the facts of the particular case. Briefs that do not substantially comply with these

26  requirements will be stricken.

27          8.      Requests for modification of this briefing schedule will not routinely be granted. Any

28  such request must be made by written stipulation or motion and will be granted only for good cause. A

1   request for a modification brought on the filing deadline, will be looked upon with disfavor. Local

2   Rule 144(d).

3        9.      Violations of this order or of the federal rules of procedure or the Local Rules may

4   result in sanctions pursuant to Local Rule 110.

5   Dated:  August 18, 2021

6                                              _____
                                               CAROLYN K. DELANEY
7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12   2/estabrook2333.liftstay+sched.ord

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28