1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:     541-419-0074
   Fax:           541-593-4452
5  Email:         jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
9

10 NICOLE MARIE ESTABROOK,       )   Case No.  2:20-cv-02333-CKD
                                 )
11     Plaintiff                 )   **STIPULATION AND**
                                 )   **ORDER FOR EXTENSION OF TIME**
12 v.                            )   **TO FILE PLAINTIFF'S MOTION FOR**
                                 )   **SUMMARY JUDGMENT**
13                               )
   KILOLO KIJAKAZI,              )
14 Acting Commissioner of Social Security, )
                                 )
15     Defendant                 )
                                 )
16                               )
   _____)
17

18     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 30 Days to October 27, 2021 for Plaintiff to file her Motion for Summary Judgment, in

20 accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is

21 requested due to the fact that the administrative record in this case is over three thousand pages and

22 Plaintiff's counsel has not yet had an opportunity to adequately review it.

23

24

25

26

27

28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: September 24, 2021   JACQUELINE A. FORSLUND
Attorney at Law

/s/Jacqueline A. Forslund
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  September 24, 2021   PHILIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

/s/Sathya Oum
SATHYA OUM
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  September 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE