PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: (510) 970-4846
      Facsimile: (415) 744-0134
      Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLE MARIE ESTABROOK, | ) | No. 2:20-cv-2333-CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION & ORDER** |
| | ) | **REMAND PURSUANT TO** |
| v. | ) | **SENTENCE FOUR OF 42 U.S.C.** |
| | ) | **§ 405(g) AND TO ENTRY OF JUDGMENT** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record.

1      The parties further request that the Clerk of the Court be directed to enter a final

2  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

3  Commissioner.

4

5  Dated: December 16, 2021              FORSLUND LAW LLC

6                                        By:     */s/ Jacqueline Forslund*

7                                              JACQUELINE FORSLUND

                                          *\* By email authorization*

8                                            Attorney for Plaintiff

9  Dated: December 16, 2021              PHILLIP A. TALBERT

10                                            Acting United States Attorney

11

12                                        By:     */s/ Sathya Oum*

13                                          Special Assistant United States Attorney

                                        Attorneys for Defendant

14

15                                      **<u>ORDER</u>**

16      Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42

17  U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT**

18  **IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

19  Security for further proceedings consistent with the terms of the Stipulation to Remand.

20  Dated:  January 3, 2022

21                            _____

22                            CAROLYN K. DELANEY

23                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28